# IN THE SUPREME COURT OF THE STATE OF NEVADA

DIKKA RIAN,
                            Appellant,
            vs.
U.S. BANK NATIONAL ASSOCIATION,
MTC FINANCIAL INC., D/B/A
TRUSTEE CORPS, A NEVADA
CORPORATION,
                            Respondent.

No. 81696

FILED

DEC 2 3 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order denying a motion for reconsideration of an order granting a motion to allow respondent to use a certified copy of the deed of trust during foreclosure mediation proceedings. Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

Initial review of the docketing statement revealed a potential jurisdictional defect. It appeared that the challenged order was not substantively appealable. Although appellant stated in the docketing statement that the order is appealable as a final judgment, *see* NRAP 3A(b)(1), the order did not appear to resolve any claims. It thus did not appear appealable as a final judgment. *See Lee v. GNLV Corp.*, 116 Nev. 424, 426, 996 P.2d 416, 417 (2000) (defining a final judgment as one that resolves all claims against all parties in an action and leaves nothing for the court's future consideration except post-judgment issues). Accordingly, this court ordered appellant to show cause why this appeal should not be dismissed for lack of jurisdiction.

In response, appellant seems to contend that the order is an appealable final judgment because it resolves a substantive issue.

20-46281

Alternatively, appellant contends that the appeal should be treated as a petition for a writ of mandamus.

The order denying the motion for reconsideration does not resolve appellant's petition for participation in the foreclosure mediation program. Thus, it does not resolve all claims in the case and is not appealable as a final judgment. And no other statute or court rule appears to authorize an appeal from the challenged order. *See Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) (this court "may only consider appeals authorized by statute or court rule"). Accordingly, this court lacks jurisdiction and this appeal is dismissed. Appellant's alternative request to treat this appeal as a petition for a writ of mandamus is denied. Appellant may file a petition for a writ of mandamus in accordance with NRAP 21, if deemed warranted.

It is so ORDERED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

cc: Hon. Linda Marie Bell, Chief Judge
John Walter Boyer, Settlement Judge
Law Office of Corey B. Beck, P.C.
Malcolm Cisneros\Las Vegas
Eighth District Court Clerk